

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-25,360-21

### IN RE WILLIE OTIS HARRIS, JR., Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. JD-25148-W IN THE 194th DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for an original writ of habeas corpus in the 194th District Court of Dallas County, challenging a juvenile adjudication, but that the Dallas County District Clerk erroneously presented his application to the trial court as an Article 11.07 habeas application, affixing Relator's felony conviction cause numbers to the application.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Dallas County, is ordered to file a response, stating whether Relator's filing was presented to the district court as an original habeas application challenging a juvenile adjudication, and if not, why not. This

application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: November 9, 2016
Do not publish